26-mj-1164-DLC

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Jared L. Schrader, a Special Agent with the United States Secret Service, being duly sworn, depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent with the United States Secret Service (USSS) and have been so employed since 2024 and am currently assigned to the USSS Boston Field Office. I am a member of the New England Cyber Fraud Task Force (NECFTF), which investigates computer crimes, including investigations of internet related crimes of child pornography and exploitation.

2. I received a Bachelor of Science degree in Geography from Salisbury University in December 2016. Beginning in 2020, I served as a Boatswains Mate in the United States Coast Guard for four years. During that time, I was assigned to Maritime Safety and Security Team Cape Cod in Cape Cod, MA where I was involved in enforcing federal laws and assisting in maritime security for the Secret Service. I have completed the Federal Law Enforcement Training Center, Criminal Investigator Training Program, the USSS James J. Rowley Training Center Special Agent Training Course, as well as the National Computer Forensics Institute, Cyber Foundational Training Course.

3. This affidavit is submitted in support of an application for a criminal complaint charging Gerard Proulx Jr. (YOB 1966) ("PROULX") with a violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and (b)(2) (possession of child pornography).

4. The facts set forth in this affidavit are based on my own personal knowledge; knowledge obtained from other individuals during my participation in this investigation, including other law enforcement officers; my review of documents and records related to this investigation; communications with others who have personal knowledge of the events and circumstances

described herein; and information gained through my training and experience and the training and experience of other agents who have worked on child exploitation investigations for years. This affidavit does not set forth each and every fact known to me with respect to this investigation. Rather, it contains those facts that I believe to be necessary to establish probable cause for the criminal complaint.

## PROBABLE CAUSE

5. In the summer of 2025, USSS Task Force Officer ("TFO") Sergey Vasilyev, a Sergeant Detective with the Harvard University Police Department, was conducting an ongoing online investigation into the receipt and distribution of child pornography via the internet using peer-to-peer ("P2P") file sharing programs. TFO Vasilyev downloaded a number of files containing child pornography directly from an IP address, which, via subpoena to the provider, was determined to be registered to PROULX at his residence in Attleboro, Massachusetts (the "SUBJECT PREMISES").

6. On February 17, 2026, this Court issued warrants to search the SUBJECT PREMISES and PROULX's person. See 26-mj-1084-DLC; 26-mj-1085-DLC. The affidavit filed in support of those search warrants is attached as sealed Exhibit 1 and incorporated by reference.

7. On February 25, 2026, at approximately 7:45 a.m., law enforcement executed the federal search warrants. PROULX was present at the SUBJECT PREMISES. Agents advised PROULX of his rights pursuant to *Miranda* both verbally and in writing. PROULX declined to make a statement.

8. During the search, agents found multiple electronic devices in PROULX's bedroom, including a Dell desktop computer located on table next to PROULX's bed. A cellphone

that PROULX identified as his and PROULX's wallet were also located on the same table. Three hard drives were removed from the Dell desktop.

9. Agents on scene conducted a preliminary forensic analysis of these hard drives. During the initial review of the media files that were extracted from two of the hard drives located in the Dell desktop, law enforcement discovered approximately 1600 video files depicting child pornography. These media files were primarily located within a root directory on the C drive, in a folder named "new folder" on the C drive. The following are three representative examples:

    a.    TITLE:! new!(pthc)(kinderkutje)810yoNacd13digitallyrestoredpedo2022

The video (5:16) begins with a prepubescent girl who is naked from the waist down and is touching her genital area. An adult male appears and puts his penis in the girl's mouth and also touches her genitals. The camera then shifts to focus on the girl who is now lying on the bed and the camera zooms in on her genitals. The adult male then penetrates the girl's vagina with his penis and then the girl performs oral sex on the adult male. Based on the girl's physical appearance, she appears to be approximately 8 to 10 years old.

    b.    TITLE: !!pthcvideo_2024-01-03_10-28-36

The video (31 seconds) begins with a naked prepubescent girl performing fellatio on a naked adult male. Based on the girl's physical appearance and physical development, she appears to be approximately 10-11 years old.

    c.    TITLE: !!!newpthc-11yo evelyn (2020_02_1308_27_11 utc)

The video (46 seconds) begins the camera focusing on an adult male penis. A fully clothed prepubescent girl appears and starts to perform oral sex on the adult male. Based on the girl's physical appearance, she appears to be approximately 10-11 years old.

10. The Dell desktop and the hard drives removed from it remain in the custody of USSS; further forensic analysis is pending.

11. As noted in Sealed Exhibit 1, on April 6, 2012, PROULX pled guilty in the Federal District Court for the District of Rhode Island to an indictment charging him with Possession of

Child Pornography, in violation of 18 U.S.C. § 2252(a)(4) and (b)(2) and was later sentenced to 30 months' imprisonment. *United States v. Proulx*, Case No. 10-186 (D.R.I.).

## CONCLUSION

12.   Based on the foregoing, I submit that there is probable cause to believe that on or about February 25, 2026, in the District of Massachusetts, PROULX knowingly possessed any child pornography, as defined in Title 18, United States Code, Section 2256(8), that involved a prepubescent minor and a minor who had not attained 12 years of age, that had been mailed, and shipped and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, in violation of 18 U.S.C. §§ 2255A(a)(5)(B) and (b)(2).  Accordingly, I respectfully request that the Court issue the requested criminal complaint

Sworn to under the pains and penalties of perjury,

/s/ Jared L. Schrader (by DLC)
_____
Special Agent Jared L. Schrader
United States Secret Service

SWORN before me telephonically pursuant to Fed. R. Crim. P. 4.1(d)(3) this 25th day of February 2026.

_____
HONORABLE DONALD L. CABELL
Chief United States Magistrate Judge

4