**Criminal Case Cover Sheet**            **U.S. District Court - District of Massachusetts**

**Place of Offense:** Attleboro MA    **Category No.** III    **Investigating Agency** USSS

**City** Attleboro

**County** Bristol

**Related Case Information:**
- Superseding Ind./ Inf. _____  Case No. _____
- Same Defendant _____  New Defendant _____
- Magistrate Judge Case Number: 26-mj-1164-DLC
- Search Warrant Case Number: 26-mj-1084-1085-DLC
- R 20/R 40 from District of _____

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____   ☐ Yes  ☑ No

**Defendant Information:**

Defendant Name: Gerard R. Proulx Jr    Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: _____

Address: 1141 North Main Street, Third Floor, Room 2, Attleboro, Massachusetts 02703

Birth date (Yr only): 1966   SSN (last 4#): 0807   Sex: M   Race: _____   Nationality: U.S.

**Defense Counsel if known:** _____    **Address:** _____

Bar Number: _____

**U.S. Attorney Information**

AUSA: Jennifer Zacks    Bar Number if applicable: _____

**Interpreter:** ☐ Yes ☑ No    List language and/or dialect: _____

**Victims:** ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☑ Yes ☐ No

**Matter to be SEALED:** ☑ Yes ☐ No

☐ Warrant Requested    ☐ Regular Process    ☑ In Custody

**Location Status:** In custody

**Arrest Date:** February 25, 2026

☑ Already in Federal Custody as of February 25, 2026 in _____.
☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☑ Complaint    ☐ Information    ☐ Indictment

**Total # of Counts:** ☐ Petty _____   ☐ Misdemeanor _____   ☑ Felony One

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 2/25/2026    Signature of AUSA: /s/ Jennifer Zacks

JS 45  (5/97)  (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Gerard R. Proulx Jr

### U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 2255A(a)(5)(B) & (b)(2) | Possession of child pornography | One |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

USAMA *CRIM* - Criminal Case Cover Sheet.pdf   3/4/2013